IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHANDY RYAN HEIN,

                Plaintiff,

v.

FOND DU LAC COUNTY CLERK OF COURTS,
OUTAGAMIE CLERK OF COURTS,
STATE OF WISCONSIN,
HONORABLE JUDGE ENGLISH and
HONORABLE JUDGE FROELICK,

                Defendants.

ORDER

15-cv-260-jdp

---

In an order entered on November 2, 2015, I dismissed plaintiff Shandy Ryan Hein's complaint for failure to comply with Federal Rule of Civil Procedure 8. Dkt. 5. I gave plaintiff until November 23, 2015, to submit a proposed amended complaint addressing the deficiencies that I explained in the November 2 order. In addition, I warned plaintiff that his failure to respond would result in dismissal of this case with prejudice for failure to state a claim upon which relief can be granted. It is now past plaintiff's November 23 deadline, and he has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS ORDERED that this case is DISMISSED with prejudice for failure to state a claim upon which relief can be granted. The clerk of court is directed to enter judgment and close this case. Plaintiff is reminded that he must pay the remainder of his filing fee.

Entered December 21, 2015.

BY THE COURT:

/s/
JAMES D. PETERSON
District Judge