IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHANDY RYAN HEIN,

    Plaintiff,

v.

FOND DU LAC COUNTY CLERK OF COURTS, OUTAGAMIE CLERK OF COURTS, STATE OF WISCONSIN, HONORABLE JUDGE ENGLISH and HONORABLE JUDGE FROELICK,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-260-jdp

---

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for plaintiff's failure to state a claim upon which relief can be granted.

| /s/ | 12/21/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |